IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.R., a minor, by and through B.R., His Guardian Ad Litem,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT,<br><br>　　　　　　　　　Defendant. | Case No. C 06 1987<br><br>[~~PROPOSED~~]<br>ORDER RE-SETTING CASE MANAGEMENT CONFERENCE |

　　　Pursuant to the Stipulation of the parties the Case Management Conference, currently set for July 17, 2006 at 4 p.m., is re-set for July 18, 2006 at 2 p.m. and will be conducted by telephone.

　　　IT IS SO ORDERED.

Date: June 28, 2006

_____

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

ORDER